ACCEPTED
03-17-00457-CV
21597052
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/4/2018 10:09 AM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-17-00457-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/4/2018 10:09:45 AM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## THIRD JUDICIAL DISTRICT OF TEXAS
## AT AUSTIN, TEXAS

### THEODORE STILLWELL,

**Appellant**

v.

### DAWN D. STILLWELL,

**Appellee**

On Appeal from the
274th Judicial District, Hays County, Texas
Cause No. 14-1651

### APPELLANT'S FIRST MOTION TO EXTEND
### TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW Appellant, Theodore Stillwell, in the interest of children, and files this his Motion to Extend Time to File Appellant's Brief, and in support thereof would respectfully show unto this Court as follows:

### I.
### BACKGROUND

---

APPELLANT'S MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF - Page 1

1. The reporter's record was filed on December 6, 2017.

2. The clerk's record was filed on September 15, 2017.

3. Appellant's brief is currently due on January 5, 2018.

4. This is the first request for an extension for filing Appellant's brief. No prior requests have been made.

## II.

## ARGUMENT & AUTHORITIES

1.      This Court may extend the time to file Appellant's brief under the authority of Rule 38.6(d) and 10.5(b) of the Texas Rules of Appellate Procedure. No rule limits the time within which a Motion to Extend may be filed. *See* Tex. R. App. P. 38.6(d). Appellant requests a first extension of an additional 30 days to file his brief, thereby extending the deadline until February 5, 2018, since the 4th is on a Sunday, Appellant is noting the deadline as the 5th per the calculation rules.

2.      No previous extensions have been requested to extend the time to file Appellant's brief.

3.      Appellant needs additional time to file his brief for the reasons that follow:

a.      This appeal is complex and contains novel argument and argument of first impression.

b.      The record is extensive and contains 17 volumes. It takes more time to work through the issues and crystallize the most succinct way to argue them. After receiving the reporter's record on December 6, 2017, there was not enough time to complete the brief before the holiday season where part of the time me and my staff were on vacation.

Accordingly, Appellant requests the Court extend the time for him to file his brief.

**WHEREFORE, PREMISES CONSIDERED,** Appellant, Theodore Stillwell, in the interest of children, respectfully requests that this Court grant his First Motion to Extend Time to File Appellant's Brief; extend the deadline for Appellant to file his brief until February 5, 2018; and grant Appellant all other relief, at law or in equity, to which he may be justly entitled.

Respectfully submitted,

LAW OFFICES OF IVAN FRIEDMAN

By:  /s/Ivan Friedman
Ivan Friedman
P.O. Box 359
San Marcos, Texas 78667
SBN: 00785886
Tel: (512) 396-0046
Facsimile: (210) 227-5151
Email: law@ivanfriedman.com

*COUNSEL FOR APPELLANT, Theodore Stillwell*

## CERTIFICATE OF CONFERENCE

This is to certify that, a conference was held on the 3rd day of January, 2018, with the opposing party, on the merits of this motion and the opposing party does not oppose this motion.

/s/Ivan Friedman
Ivan Friedman

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all counsel of record on this the 3rd day of January, 2018, in accordance with the Texas Rules of Appellate Procedure.

/s/Ivan Friedman
Ivan Friedman

# VERIFICATION

STATE OF TEXAS        §

COUNTY OF ~~DALLAS~~ BEXAR     §

      On this the 2nd day of January, 2018, before me, the undersigned Notary Public, personally appeared Ivan Friedman, who by me duly sworn on his oath deposed and said that he is an attorney for the Appellant in the above-entitled and numbered cause; that he has read the above and foregoing and that the allegations contained therein are within his personal knowledge and are true and correct.



_____
Ivan Friedman


      Subscribed to and sworn before me by Ivan Friedman on the 2nd day of January, 2018, to certify which witness my hand and official seal.

_____
Notary Public for the State of Texas

My Commission Expires: 11/17/2019

MARIA MARTIN
Notary Public, State of Texas
Comm. Expires 11-17-2019
Notary ID 130442984